```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :
                                   MISDEMEANOR
        -v-                     :  INFORMATION

DANIEL SHAFFER,                 :  07 Crim 978 (MRG)

        Defendant               :

- - - - - - - - - - - - - - - -x
```

*FILED OCT 23 2007 U.S. DISTRICT COURT S.D. OF N.Y. W.P.*

The United States Attorney charges:

## COUNT ONE

On or about August 29, 2007, at the Roosevelt-Vanderbilt National Historic Site, Hyde Park, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, DANIEL SHAFFER, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and knowingly convert to his use or the use of another, and without authority did sell, convey and dispose of any record, voucher, money and thing of value of the United States and of any department or agency thereof, to wit, the defendant stole fuel from the Roosevelt-Vanderbilt National Historic

Site, fueling his personal vehicle at the Stone Garage, a fuel site authorized only for use by United States Government vehicles and equipment.

(Title 18, United States Code, Section 641)

MICHAEL J. GARCIA
United States Attorney